# Exhibit 2

| Gosund – Smart Home Devices with Gosund App and Google Assistant<br>(See product list at end of chart for models)<br><br>Infringement of the '867 patent ||
|---|---|
| Claim 1 | Evidence |
| 1. A method of using a first electronic device to operate a second electronic device in real time, while the second device is not physically connected to the first device, and is only intermittently local to the first device, comprising: | The Gosund smart home device and Gosund App perform a method of using a first electronic device to operate a second electronic device in real time, while the second device is not physically connected to the first device, and is only intermittently local to the first device.<br><br>For example, the Gosund App running on a Google Assistant-enabled mobile device can be used to control a smart home device via voice commands given by a user. |

1



[2]

Smart Plug Works with Alexa and Google Home, Gosund WiFi Outlet Mini Socket Remote Control with Timer Function, Only Supports 2.4GHz Network, No Hub Required, ETL FCC Listed(4 Pack)
[2]

**About this item**

- Voice Control --- Smart plug work with Alexa and Google Home, control your home appliances with the smart plug by simply giving voice commands to Alexa or Google Home. No Hub Required, the smart plug works with any 2.4G Wi-Fi router without the need for a separate hub or paid subscription service.
- Remote Control --- Free "Gosund" app control the smart plug by your smartphone (iOS 8.0 or above/Android 4.4 or above). You can control the smart outlet at anytime anywhere. Only support 2.4GHz wifi.

[2]



3

| | [10]<br><br>Several models of Gosund smart home devices can be controlled by voice commands using a Google Assistant-enabled device (e.g. Android and iOS smartphones).<br><br><br><br>[2] |
|---|---|

4



[10]

Google Assistant comes built-in with Android mobile devices such as smartphones and tablets. As well, it can be downloaded to mobile devices, such as those running the iOS operating system.

5



[3]

The Gosund App can be downloaded from Google Play.

[11]

| | |
|---|---|
| | Easily build smart life in the cloud<br><br>• Remote control of household appliances, peace of mind, power saving, open whenever you want<br><br>• Can add multiple appliances at the same time, one APP controls all smart devices<br><br>• Support for voice control smart devices such as Amazon Echo and Google Home<br><br>• Intelligent linkage, automatically run smart devices based on your location temperature, location, and time<br><br>• One-click sharing device for family and friends, the whole family can easily enjoy smart life<br><br>• Receive notifications to get real-time information on your home<br><br>• Quickly connect to the network, no need to wait, enjoy the speed experience<br><br>[11] |
| using a first device to (a) obtain visual or auditory information from external to the first device where the information comprises a human-understandable device command directed toward an operation of the second device, (b) manipulate the obtained information, and (c) transmit the manipulated information to a distal computer system; | The Gosund App running on a Google Assistant-enabled mobile device is a first device that (a) obtains auditory information from external to the first device where the information comprises a human-understandable device command directed toward an operation of the second device, (b) manipulates the obtained information, and (c) transmits the manipulated information to a distal computer system.<br><br>For example, using the Gosund App and a Google Assistant-enabled mobile device, a user can give a voice command to control a smart home device. An example voice commands is "Hey Google, turn off lights"<br><br><br><br><br><br>[11] |

7

| | |
|---|---|
| | For example, the Google Assistant-enabled mobile device running the Gosund App receives the voice command, performs sampling and analog to digital conversion, and transmits the command in digital form using data networking protocols to remote Google Assistant servers.<br><br>Figure 1 shows a successful fulfillment and execution of a smart home EXECUTE intent.<br><br>[Figure: Diagram showing "Hey Google, turn on the lights" → Google Assistant → EXECUTE REQUEST → Developer Cloud → Devices]<br><br>Figure 1. ~~A successful developer cloud execution path~~.<br><br>[6] |
| the distal computer system operating as a remote human-to-device command | The Gosund Google Action enables the distal computer system to operate as a remote human-to-device command translation service provider by using at least a portion of the manipulated information to translate the human-understandable device command into a formatted device command executable by the second |

| | |
|---|---|
| translation service provider using at least a portion of the manipulated information to translate the human-understandable device command into a formatted device command executable by the second device; | device.<br><br>For example, the Gosund Google Action in conjunction with Google Assistant voice control services interprets voice commands and translates them into device commands that are executable by the smart home device. The Gosund Google Action works with Google Assistant to fulfill user requests spoken in natural language to trigger smart home devices to perform operations.<br><br><br><br>**Gosund smart**<br>Shenzhen Cuco Smart Technology Co.Ltd.<br><br>DETAILS<br><br> Smart home    Control your smart lights through Google Action. Turn off your bedroom light by voice when you're already in bed. Enjoy a Gosund smart style with Gosund!<br><br>[12]<br><br>**How to build**<br><br>To connect your device with Google Assistant, you need to build a smart home Action. Assistant handles how users trigger your Action (in multiple languages) and provides you with useful metadata through Home Graph (such as the state of a specific device based on the user's room); all you need to do is respond to the requests through your fulfillment service.<br><br>[5] |

9

|  | **Fulfillment**<br><br>Fulfillment is code that is deployed as a webhook that lets you generate dynamic responses for every type of smart home intent. During a user conversation with Google Assistant, fulfillment allows you to use the information extracted by Google's natural language processing to generate dynamic responses or trigger actions on your back-end such as turning on a light.<br><br>Your fulfillment receives requests from Assistant, processes the request and responds. This back-and-forth request and response process drives the conversation forward until you eventually fulfill the initial user request. In most cases, a user would have a simple smart home interaction with Google Assistant such as Hey Google, turn on my light. However, if you implement two-factor authentication, your fulfillment might have to process multiple requests and responses as Google Assistant might ask for a confirmation PIN after a specific user request such as *Hey Google, unlock my front door*.<br><br>[6] |
|---|---|
| transmitting the formatted device command to the second device; and | The formatted device command is transmitted to the second device.<br><br>For example, the formatted device command is transmitted over an Internet connection via data networking protocols (e.g. Internet and Wi-Fi protocols) to the smart home device. |

10



[6]

For example, the Gosund smart home devices have Wi-Fi connection capability to receive operating commands.

11

| | Smart Plug 10A 2 Pack | Smart Plug 10A 4 Pack | Smart Led Strip 1 Pack | Smart Dimmer Bulb 4 Pack | Smart RGB Bulb 4 Pack | Single Pole 15A ON/OFF |
|---|---|---|---|---|---|---|
| | Smart Plug | Smart Outlet | TV Led Backlight | Smart Light Bulb | Smart RGB Bulb | Smart Switch |
| Work with Alexa/Google Home | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| APP Remote Control | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Timer & Schedule | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2.4Ghz Wifi Only | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| No Hub Required | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

[2]

12

| | |
|---|---|
| | <br>[10] |
| the second device executing the formatted device command having received the formatted device command from the distal computer system, while the second device is local to the first device. | The smart home device executes the formatted device command having received the formatted device command from the distal computer system, while the second device is local to the first device.<br><br>For example, the smart home device, acting as the second device, performs the voice command formatted as a device command e.g. turn off lights. |

13



[11]

Additionally, for initial setup, Google Home executing on the Google-Assistant-enabled mobile device needs to be linked to the Gosund App and authorized with the Gosund account. During this process, the smart home device and mobile device would typically be connected to the same Wi-Fi network, which is within an area of about 2500 sq. ft.

14

| | |
|---|---|
| | Check that your devices are on the same Wi-Fi network<br><br>Android   iPhone & iPad<br><br>Step 1. Check the Wi-Fi network of mobile device or tablet<br><br>1. Locate and tap **Settings** > **Wi-Fi**. The Wi-Fi network labeled "Connected" is the network you're connected to. This must match the network that the device is connected to.<br>2. To change the network:<br>  • Tap a new network > enter password > **Connect**.<br>  • If you've entered the password for that network before, tap **Connect**.<br>[8] |

**Product List** [1][2][9][10]

**Smart Plugs:** WiFi Smart Plug WP3, Smart Power Strip WP9
**Smart Light Switches:** WiFi Smart Switch SW1, SW2
**Smart Lights:** Smart Bedside Lamp LB3, Smart Light Strip SL1, SL2-1

**Software:**
Gosund App

**References:**

[1] Gosund – Products
https://www.gosund.com/#/

15

[2] Smart Plug Works with Alexa and Google Home, Gosund WiFi Outlet Mini Socket Remote Control with Timer Function, Only Supports 2.4GHz Network, No Hub Required, ETL FCC Listed (4 Pack)
https://www.amazon.com/dp/B079KYVRN8?ref=myi_title_dp

[3] Use Google Assistant with Nest products
https://support.google.com/googlenest/answer/9325085?hl=en#zippy=%2Cget-the-google-assistant

[4] Google Assistant – Get things done, hands-free
https://play.google.com/store/apps/details?id=com.google.android.apps.googleassistant&hl=en_CA&gl=US

[5] Overview
https://developers.google.com/assistant/smarthome/overview

[6] Fulfillment and authentication
https://developers.google.com/assistant/smarthome/concepts/fulfillment-authentication

[7] How many Google Nest or Google Wifi points do I need?
 https://support.google.com/googlenest/answer/7182840?hl=en-CA&ref_topic=9831837

[8] Check that your devices are on the same Wi-Fi network
https://support.google.com/googlenest/answer/7360025?hl=en-CA&ref_topic=7196419#zippy=%2Cspeakers

[9] Amazon – Gosund
https://www.amazon.com/s?k=TanTan&ref=bl_dp_s_web_20605391011

[10] Gosund Smart Power Strip Work with Alexa Google Home, Smart Plug Mini WiFi Outlets Surge Protector with 3 USB 3 Charging Port for Cruise Ship Travel Multi Plug Extender,10A
https://www.amazon.com/Gosund-Outlets-Protector-Charging-Extender/dp/B07TS2GZCJ/ref=sr_1_22?dchild=1&keywords=google+assistant+tv&qid=1612649431&sr=8-22#customerReviews
[11] Google Play – Gosund App
https://play.google.com/store/apps/details?id=com.gosund.smart&hl=en_CA&gl=US

16

[12] Hey Google – Gosund Action
https://assistant.google.com/services/a/uid/000000fd6c3de317